UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| STATE OF TEXAS | § | CIVIL NO. 4:24-CV-499-SDJ |
| | § | LEAD CASE |
| | § | |
| PLANO CHAMBER OF COMMERCE, ET AL. | § | CIVIL NO. 4:24-CV-468-SDJ |
| | § | |
| | § | |
| v. | § | |
| UNITED STATES DEPARTMENT OF LABOR, ET AL. | § | |
| | § | |

## ORDER

In order to avoid unnecessary cost or delay, and because the above-captioned cases share common questions of law or fact, the aforementioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all purposes, with Cause No. 4:24-CV-499 serving as the **LEAD CASE**.

All parties are instructed to file any future filings in the lead case. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case, to the extent such orders are necessary. The local rules' page limitations for motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that other related cases are filed on the Court's docket that may also be appropriate for consolidation with this case.

The Clerk is instructed to add the consolidated plaintiffs and their corresponding lead and local counsel into the lead case. Additional counsel may file a

Notice of Appearance in the lead case if they wish to continue as counsel of record in the lead consolidated action. Counsel who have appeared pro hac vice in Cause No. 4:24-CV-468 may file a Notice of Appearance in the lead case without filing an additional application to appear pro hac vice in the lead case. Counsel who have not appeared in Cause No. 4:24-CV-468 at the point when it is consolidated into the lead case should file a Notice of Appearance only in the lead case.

**So ORDERED and SIGNED this 28th day of June, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE